# United States District Court
# For the District of Columbia

|                  | )  |              |
|------------------|----|--------------|
| Plaintiff(s)     | )  | **APPEARANCE** |
|                  | )  |              |
|                  | )  |              |
| vs.              | )  | CASE NUMBER  |
|                  | )  |              |
|                  | )  |              |
| Defendant(s)     | )  |              |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
(Attorney's Name)

case for:_____
(Name of party or parties)

_____        /s/
Date                                         _____
                                             Signature

_____        _____
BAR IDENTIFICATION                           Print Name

                                             _____
                                             Address

                                             _____
                                             City        State       Zip Code

                                             _____
                                             Phone Number

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2007, I caused a true and correct copy of the Notice of Appearance of Mary Jean Moltenbrey on behalf of Defendant Monsanto Company to be served on the following parties, by email and by U.S. mail:

> Jill A. Ptacek
> US Department of Justice, Antitrust Division
> 325 7th Street, N.W., Suite 500
> Washington, DC  20530
> jill.ptacek@usdoj.gov
>
> *Counsel for the Plaintiff United States*
>
> Charles F. Rule
> Cadwalader, Wickersham & Taft LLP
> 1201 F Street, N.W.
> Washington, DC  20004
> rick.rule@cwt.com
>
> *Counsel for Defendant Delta and Pine Land Company*

      /s/ Mary Jean Moltenbrey
      *Counsel for Defendant Monsanto Company*