AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

   Plaintiff(s)    )
            )  **APPEARANCE**
            )
     vs.      )  CASE NUMBER   1:07-cv-00992
Monsanto Company and Delta and )
Pine Land Company      )
   Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Charles F. Rule__ as counsel in this
            (Attorney's Name)

case for: __Delta and Pine Land Company__
    (Name of party or parties)

June 1, 2007
Date

*[Signature]*
Signature

370818
BAR IDENTIFICATION

Charles F. Rule
Print Name

1201 F Street, NW
Address

Washington, DC  20004
City   State   Zip Code

202-862-2420
Phone Number