UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MONSANTO COMPANY and
DELTA AND PINE LAND COMPANY,

    Defendants.

Case: 1:07-cv-00992
Assigned To: Urbina, Ricardo M.
Assign Date: 5/31/2007
Description: Antitrust

**DEFENDANTS' DESCRIPTION AND CERTIFICATION OF WRITTEN OR ORAL COMMUNICATIONS CONCERNING THE PROPOSED FINAL JUDGMENT IN THIS ACTION**

The defendant Delta and Pine Land Company (**DPL**) makes this submission pursuant to the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), regarding written and oral communications between representatives of DPL and any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this matter on May 31, 2007.

Other than communications solely between counsel of record for DPL and employees of the Department of Justice (**DOJ Staff**), the following communications concerning or relevant to the proposed Final Judgment occurred and included, to the best of DPL's knowledge, the persons noted below.

    1.    On November 6, 2006 the following persons met with DOJ Staff and discussed, among other topics, the Stoneville business to be divested: counsel of record for Monsanto and DPL, Janusz Ordover and Paul Godek.

    2.    On November 13, 2006 the following persons met with DOJ Staff and discussed, among other topics, the Stoneville business to be divested: counsel of record for Monsanto and DPL, Matthew Renkoski and Paul Godek. DPL understood that representatives of the Attorneys General for the following States were also present by telephone: Florida, Louisiana, Mississippi, Oklahoma and Texas.

3. On January 16, 2007 the following persons met with DOJ Staff and discussed, among other topics, the Stoneville business to be divested: counsel of record for Monsanto and DPL, Janusz Ordover and Paul Godek. DPL understood that representatives of the Attorneys General for the following States were also present by telephone: Alabama, Arkansas, Arizona, California, Florida, Iowa, Louisiana, Maryland, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Ohio, and Tennessee.

4. On January 25, 2007 the following persons met with DOJ Staff and discussed, among other topics, the Stoneville business to be divested: counsel of record for Monsanto and DPL. DPL understood that representatives of the Attorneys General for the following States were also present by telephone: Florida, Iowa, Kansas, Louisiana, Maryland, Michigan, Minnesota, Mississippi, Missouri, Pennsylvania, Texas, and Virginia.

5. On February 1, 2007 the following persons met with DOJ Staff and discussed, among other topics, the Stoneville business to be divested: counsel of record for Monsanto and DPL and Bob Reiter. DPL understood that representatives of the Attorneys General for the following States were also present by telephone: Kansas, Maryland, Michigan, Mississippi, Missouri, North Dakota, Nebraska, Ohio, Pennsylvania, Tennessee, Virginia, and Wisconsin.

6. On February 15, 2007 the following persons met with DOJ Staff and discussed, among other topics, the Stoneville business to be divested: counsel of record for Monsanto and DPL, Janusz Ordover, Paul Godek, and Jeffrey Prisbrey. DPL understood that representatives of the Attorneys General for some states also may have been present by telephone.

7. On February 16, 2007 the following persons met with DOJ Staff and discussed, among other topics, the possible acquisition of the Stoneville business by Bayer: counsel of record for Monsanto and DPL, Janusz Ordover and Paul Godek. DPL understood that representatives of the Attorneys General for the following States were also present by telephone: Alabama, Arizona, Florida, Iowa, Kansas, Maryland, Michigan, Mississippi, Missouri, Minnesota, New York, Ohio, Pennsylvania, Tennessee, Texas, Virginia, and Wisconsin.

8. On March 1, 2007 the following persons met with DOJ Staff and discussed, among other topics, the possible acquisition of the Stoneville business by Bayer: counsel of record for Monsanto and DPL, Janusz Ordover and Paul Godek.

9. On March 16, 2007, Hunter Moorhead requested by email background information on Monsanto's proposed acquisition of DPL. James Travis and Michael Dykes responded by email, forwarding background information that discussed, among other things, Monsanto's offer to divest the Stoneville business.

10. On March 19, 2007, the following persons met with DOJ Staff and discussed, among other topics, the possible acquisition of the Stoneville business by Bayer: counsel of record for Monsanto and Phillip Proger.

11. On April 13, 2007 the following persons met with DOJ Staff and discussed, among other topics, the Stoneville business to be divested: counsel of record for Monsanto and DPL, Hugh Grant and Tom Jagodinski. DPL understood that representatives of the Attorneys General for the following States were also present by telephone: Alabama, Arkansas, Arizona, California, Florida, Iowa, Michigan, Missouri, North Carolina, New York, Ohio, Oklahoma, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, and Wisconsin.

12. On April 19, 2007 the following persons met with DOJ Staff and discussed, among other topics, the Stoneville business to be divested: counsel of record for Monsanto and DPL, Terry Crews, Tom Jagodinski, and Rick Greene.

13. On April 20, 2007 the following persons met with DOJ Staff and discussed, among other topics, the Stoneville business to be divested: counsel of record for Monsanto and DPL, and Terry Crews.

14. On April 30, 2007 the following persons met with DOJ Staff and discussed, among other topics, the proposed acquisition of the NexGen business by Americot, Inc.: counsel of record for Monsanto, Steve Calhoun, Mark Levy, and Tom Wofford.

15. On May 25, 2007 the following persons met with DOJ Staff and discussed, among other topics, the Stoneville business to be divested: counsel of record for Monsanto and DPL and Terry Crews.

Attached to this submission is a Schedule setting out the full name, title and affiliation of the participants in such communications (other than DOJ Staff or counsel of record for Monsanto and DPL).

DPL hereby certifies that this disclosure complies with the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), and that this disclosure is a true and complete description of relevant communications known to DPL or of which DPL should reasonably have known.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Dated: June 11, 2007

                                    For Delta and Pine Land Company:

By: /s/ Charles F. Rule

Charles F. Rule (DC Bar No. 370818)
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC  20004
Telephone: 202-862-2420
rick.rule@cwt.com

**SCHEDULE**

| Name | Title | Affiliation |
|---|---|---|
| Calhoun, Steve | Cotton Breeder | Monsanto Company |
| Crews, Terry | Chief Financial Officer | Monsanto Company |
| Dykes, Michael | Vice President, Government Affairs | Monsanto Company |
| Godek, Paul | Senior Vice President | Competition Policy Associates |
| Grant, Hugh | Chief Executive Officer | Monsanto Company |
| Greene, Rick | Senior Vice President for International and Corporate Development | Delta and Pine Land Company |
| Jagodinski, Tom | Chief Executive Officer | Delta and Pine Land Company |
| Levy, Mark | Assistant Attorney General | Office of the Texas Attorney General |
| Moorhead, Hunter | Special Assistant to the President for Agriculture, Trade and Food Assistance | The White House |
| Ordover, Janusz | Senior Consultant | Competition Policy Associates |
| Prisbrey, Jeffrey | Senior Consultant | Competition Policy Associates |
| Proger, Phillip | Counsel to Bayer CropScience | Jones Day |
| Reiter, Bob | Vice President of Breeding Technology | Monsanto Company |
| Renkoski, Matthew | Cotton Marketing Lead | Monsanto Company |
| Travis, James | Director, Federal Government Affairs | Monsanto Company |
| Wofford, Tom | Global Cotton Breeding, Lead | Monsanto Company |